# STATEMENT OF FACTS

1. The United States Department of Veterans Affairs Police ("VA Police") is a police force component of the United States Department of Veterans Affairs ("VA"). The Washington, D.C. VA Medical Center ("DCVAMC") campus is located at 50 Irving Street N.W., Washington, D.C. 20422. VA Police and Security Service members patrol and protect the DCVAMC 24 hours a day, seven days a week, to help keep veterans, visitors, and employees safe. Signs are posted at all entry points to the DCVAMC campus to notify entrants that no firearms are allowed on the premises.

2. The defendant, GLENN BASS, JR., was previously employed by VA Police at the DCVAMC. BASS was recently rehired by the VA Police at the DCVAMC and is assigned to training duty. BASS's VA Police callsign is "V-45."

3. Officer-1 is a supervisory police officer with the VA Police Training Division at the DCVAMC and has supervised BASS during his training assignment. Officer-1's VA Police callsign is "V-3." Officer-1 has recently communicated with BASS and others at VA regarding several concerns about BASS's work performance and fitness for duty.

4. On June 22, 2021, BASS was stationed at the DCVAMC as part his VA Police training assignment. BASS was equipped with a VA Police handheld radio, which can be used to communicate with other VA Police members. BASS has not been issued a VA Police service firearm.

5. On June 22, 2021, at approximately 10:00 a.m., members of the VA Police heard BASS make threatening statements against Officer-1 over the VA Police radio channel. BASS stated the following, in sum and substance, on the VA Police radio channel:

> V-45 to V-3. Let me tell you something. I was a U.S. Army infantryman. And I'm a man. And I'm going to tell your bitch ass one last time. If I'm outside, I'm outside. But I got something for you at my car. Come see me. Security Forces.[1]
>
> I know you heard me, V-3. V-45 is at his car. Come see me. Security Forces. Let's go. Let's train.
>
> This is a personal meeting for V-3 and V-45. If anybody get in my way, I've got my cell phone, I'm calling MPD. I'm about to light it up at the DCVAMC. Let's go.
>
> Where is V-3 at? Where is V-3 at?

6. Upon hearing these statements over the VA Police radio channel, multiple VA Police officers responded to Parking Lot 4 on the DCVAMC campus, where they observed BASS standing near his vehicle. Responding VA Police officers identified BASS, drew their firearms,

---

[1] Officer-1 previously served in the United States Air Force Security Forces. It is therefore believed that BASS's reference to "Security Forces" in these statements was a reference to Officer-1.

and communicated with BASS regarding the situation and his threats regarding Officer-1. VA Police officers then observed BASS remove a black Glock 19 pistol from his front pants pocket and throw the firearm into the back seat of his vehicle. VA Police officers then approached BASS and placed him under arrest. VA Police officers searched BASS's vehicle, where they located the black Glock 19 firearm that BASS was observed throwing into the vehicle and two additional loaded Glock 19 magazines.

7. The firearm is a Glock Model 19, 9 millimeter handgun, Serial No. BEHN658. The firearm was loaded with one round in the chamber and additional rounds in a 15-round capacity magazine. The two additional Glock 19 magazines located in BASS's vehicle were also loaded with ammunition. The firearm has a barrel less than 12 inches in length, was originally designed to be fired with a single hand, and is designed to expel a bullet or other projectile(s) by the action of an explosive.

8. A records check was conducted which revealed that BASS does not have a license to carry a firearm or ammunition in the District of Columbia.

9. Based on the above information, there is probable cause to believe that, on June 22, 2021, within the District of Columbia, Glenn BASS committed the following offenses: (1) Threatening a Federal Officer, in violation of Title 18, United States Code, Section 115(a)(1)(B); (2) Possession of a Firearm in a Federal Facility, in violation of Title 18, United State Code, Section 930(a); (3) Possession of a Firearm in a Federal Facility with intent that a firearm be used in the commission of a crime, in violation of Title 18, United States Code, Section 930(b); and (4) Carrying a Pistol Without a License, in violation of Title 22, D.C. Code, Section 4504(a).

_____
INVESTIGATOR MICHAEL HENLEY
UNITED STATES DEPARTMENT OF
VETERAN AFFAIRS POLICE

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of June, 2021.*

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE