UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 28, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-493 |
| | : | |
| GLENN BASS JR., | : | VIOLATIONS: |
| | : | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | : | (Influencing, Impeding, or Retaliating |
| | : | Against a Federal Official by Threat) |
| | : | 18 U.S.C. § 930(a) |
| | : | (Possession of a Firearm in a Federal |
| | : | Facility) |
| | : | 18 U.S.C. § 930(b) |
| | : | (Possession of a Firearm in a Federal |
| | : | Facility) |
| | : | 22 D.C. Code § 4504(a) (2001 ed.) |
| | : | (Carrying a Pistol Without a License |
| | : | Outside Home or Place of Business) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 22, 2021, within the District of Columbia, **GLENN BASS JR.**, knowingly threatened to assault and murder a United States official, namely, Victim One, a Captain for the U.S. Department of Veterans Affairs Police, with intent to impede, intimidate, interfere, or retaliate against Victim One in the performance of Victim One's official duties.

(**Influencing, Impeding, or Retaliating Against a Federal Official by Threat**, in violation of Title 18, United States Code, Section 115(a)(1)(B))

### COUNT TWO

On or about June 22, 2021, within the District of Columbia, **GLENN BASS JR.**, did knowingly possess and cause to be present such firearm and dangerous weapon, a pistol, that is, a

Glock Model 19, 9mm semi-automatic handgun, in the Washington, D.C. Veterans Affairs Medical Center Campus, a Federal facility.

**(Unlawful Possession of Firearms and Dangerous Weapons in Federal Facilities**, in violation of Title 18, United States Code, Section 930(a))

## COUNT THREE

On or about June 22, 2021, within the District of Columbia, **GLENN BASS JR.**, with intent that a firearm and dangerous weapon be used in the commission of a crime, did knowingly possess and cause to be present such firearm and dangerous weapon, a pistol, that is, a Glock Model 19, 9mm semi-automatic handgun, in the Washington, D.C. Veterans Affairs Medical Center Campus, a Federal facility.

**(Unlawful Possession of Firearms and Dangerous Weapons in Federal Facilities**, in violation of Title 18, United States Code, Section 930(b))

## COUNT FOUR

On or about June 22, 2021, within the District of Columbia, **GLENN BASS JR.**, did carry, concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, that is, a Glock Model 19, 9mm semi-automatic handgun, without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business**, in violation of Title 22, District of Columbia Code, Section 4504(a) (2001 ed.))

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips* /ae
Attorney of the United States in
and for the District of Columbia.