# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :     21-cr-448 (TJK) |
| **GLENN BASS, JR.** | : |

## DEFENDANT'S NOTICE IN RESPONSE TO APRIL 19, 2022 MINUTE ORDER

Mr. Glenn Bass, Jr., through undersigned counsel, respectfully submits the following in response to the Court's April 19, 2022 minute order.

Mr. Bass does not object to the Court immediately modifying his conditions of release to require that he be accompanied by his third-party custodian, Glenn Bass, Sr., at all times when he leaves his residence consistent with the terms of his home confinement.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500