## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-448 (TJK)** |
| | : | |
| **GLENN BASS, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report regarding the Government's plea offer for this case.

Pursuant to discussions between the parties, on June 6, 2022, the Government sent an updated proposed plea agreement to the defense. The Government's plea offer was originally set to expire on June 20, 2022. Defense counsel has requested additional time for consideration of the offer, pursuant to which the Government extended the deadline to July 1, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Thomas G. Strong*
Thomas G. Strong
NY Bar No. 4958658
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
Phone:   (202) 252-7063
Email:   thomas.strong@usdoj.gov

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I caused a copy of the foregoing to be served upon counsel of record via the

Electronic Case Filing (ECF) system on June 21, 2022.


By:    <u>*/s/ Thomas G. Strong*</u>
                Thomas G. Strong
                Assistant United States Attorney