# **Exhibit D**

**From:** Bradford, Aaron J.

**Sent:** Tuesday, June 22, 2021 9:34 AM

**To:** Burkett-Erice, Matthieu R.

**Subject:** Fit for Duty Glen Bass

| | | | |
|---|---|---|---|
| Ticket Number | 5,535 | Created | 6/21/2021 2:46:01 PM |
| Ticket Status | Not Started | Last Modified | 6/21/2021 2:46:08 PM |
| POC Name | Aaron Bradford | POC Number | 2027457702 |
| POC Job Title | Supervisory Police Officer | Facility Name | Washington, DC |
| Issue Category | Employee & Labor Relations | Specific Area | Special Physical Examination |

On June 8, 2021 Officer Glenn Bass was scheduled to attend training virtually. Even though the training was virtual, it was being facilitated at the Washington DC VAMC. The training was scheduled to begin at 7:00 a.m., and students were advised to be 15 minutes early to ensure there were no issues logging in. At 6:49 a.m. I called Officer Bass to find out if he was in the facility, so we could ensure he was able to log into the class. When Officer Bass answered the phone, he sounded confused and he began mumbling words that I could not fully understand. I asked Bass if he was still at his home, and he replied that his alarm did not go off, and he continued mumbling words that were incoherent. I instructed Officer Bass to log into the class with his personal device and to contact me upon completion. At approximately 8:19 a.m., I received a phone call from one of our emergency dispatchers. I was informed that Officer Bass called police control center, requesting that a member from Police Service contact Child Protective Services (CPS) on his behalf, to remove his child from the residence. I instructed the dispatcher to not make a phone call to CPS, and to not discuss the information with members of Police Service. I informed the dispatcher that I would contact Officer Bass to figure out what problems he was having. I called Officer Bass at approximately 8:19 a.m. to ascertain the situation. When Bass answered he sounded frustrated and appeared to once again mumble, making it difficult to understand him. I asked Bass if he contacted the emergency dispatch control center, requesting that someone call CPS on his behalf, and he replied yes. I asked him if he could explain why, he stated that he could not complete his training online and provide a safe environment for his son. I asked how old his son was, and he replied "15". I asked where his son was currently, and he replied, "In his room sleep". Bass went on to say that he was exhausted, and he could not conduct the virtual training and ensure his son remained safe. I became confused in the manner of his response and asked if his son was currently safe and he stated "yes". I asked Bass if he felt safe, or if he had any thoughts to hurt himself or his child. Bass responded that he felt safe and that he was not having thoughts to harm himself or his son. Due to the amount of stress he appeared to be going through, in conjunction with the mumbling incoherently, Bass was advised to take a day of sick leave. I informed Bass that I would reach out to the instructor of the course to schedule a

**Description**

make up day for his training. Bass agreed to take the day of sick leave and we ended our communication at approximately 8:22 a.m. At approximately 8:45 a.m. I contacted Charles County Sherriff's Department and requested that a health and welfare check be completed at Bass's residence. I made this decision regarding the safety of Bass and his minor dependent. Bass's behavior on the phone seemed very odd and completely out of character. I briefed Deputy Chief Hubert Thompson on the action taken, and he agreed. At approximately 9:30 a.m. I received a phone call from Officer Chambers of the Charles County Sherriff's Department. Chambers informed me that he contacted Bass as well as his minor son and did not see any signs of neglect. He informed me that Bass appeared to be extremely exhausted, but he did not see any signs of substance abuse. He further stated that a follow up was going to be completed by CPS, given the nature of his request. On June 9, 2021 I conducted a verbal counseling with Officer Bass. On June 11, 2021 at 6:44 a.m. Bass sent me text message requesting to log into the training class from his personal device, because he was running late. I did not acknowledge the text until a couple hours later, due to my phone not being accessible. Bass reported to my office at approximately 8:30 a.m. When I asked Bass why he was late he replied that his alarm clock did not go off. I expressed the importance of him being on time for duty as well as receiving full credit, and being successful in the class he was currently in. Bass asked me if he still had a job, which appeared to be very strange. I told him of course he still had a job, and I asked him why he would say that. He then began to mumble and ended by saying, "I just wanted to verify". On June 11, 2021 at approximately 11:52 a.m. Bass sent an inappropriate email to our Administrative Officer ▮▮▮▮▮▮▮ The email was sent from Bass' personal email. The email stated, "THE BLACK CHILD IS ALREADY LIT!!! This is why I can't sleep. I need to walk around the 12-hour shift and work overtime LOL. Help!!!! ". This email was not reported until June 14, 2021. On June 14, 2021 at 5:49 p.m., another email was sent from Bass' personal email that stated, "We love you▮▮▮▮▮▮ Your so stubborn▮▮▮▮▮ Click clack click clack. You were a phenomenal ballerina". On June 14, 2021 at 8:20 p.m., Bass replied to his own email and stated," Sorry I've been drinking please ignore this. Wrong person". On June 15, 2021 ▮▮▮▮▮▮▮ provided me copies of the emails. ▮▮▮ appeared very concerned about the nature of the emails and so was I. I instructed Bass via telephone to report to my office upon completion of his training. When Bass arrived at my office, I asked him if he sent any emails to anyone on staff over the course of the past weekend. Bass lowered his head and began mumbling, and then replied, "yes but I apologized already". I then opened the emails on my computer screen and revealed them to Bass. I asked why he sent the emails and he replied, "I was drunk, I was drinking apple-pie moonshine". I explained to him that the emails were highly inappropriate and that he made ▮▮▮▮▮▮▮▮ very uncomfortable. Bass was ordered to cease any email communication that did not pertain to his duties, and to solely use is assigned government account. On June 21, 2021, I received a text message at 5:35 a.m. from Bass stating, I'm here but my email does not work, I can't log into the computer. I was then informed at 7:42 a.m. that Bass had in fact called in and requested sick leave.

**Assigned To**