# <u>Exhibit E</u>

(audio file)