# Exhibit F

(video file)