# **<u>Exhibit G</u>**

Case # :  688210363



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Incident Report

Reported By:  **MILLER, ANDREW W**

Reviewed By:  **MILLER, ANDREW W**

| Incident Types Label | Offender | Incident Disposition |
|---|---|---|
| **FEDERAL : 18 U.S.C. : 115(A)(1)(B) THREATENS TO ASSAULT US OFFICIAL** | **BASS JR, GLENN THOMAS (VA POLICE OFFICER)** | **ARRESTED** |
| **FEDERAL : 18 U.S.C. : [520] 930 POSSESSION OF FIREARMS AND DANGEROUS WEAPONS IN FEDERAL FACILITIES** | **BASS JR, GLENN THOMAS (VA POLICE OFFICER)** | **ARRESTED** |
| **ASSIMILATED CRIMES ACT : 18USC 13 (ASSIMILATED CRIMES ACT)** | **BASS JR, GLENN THOMAS (VA POLICE OFFICER)** | **ARRESTED** |

| Report Disposition | Method of Reporting |
|---|---|
| **PENDING INVESTIGATION** | |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| **06/22/2021 at 1000** | **06/22/2021 at 1500** | **06/22/2021 at 1000** |

| Location | Specific Location |
|---|---|
| **WASHINGTON DC VA MEDICAL CENTER : OTHER** | **PARKING LOT #4, ADJACENT TO GATE 2** |

| Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|
| **THOMPSON, HUBERT D** | **YES** |

Report Synopsis/Overview

**Report of employee making verbal threats to another employee via radio. Responded to Lot #4 to speak with employee, other responding officers responded with weapons drawn. Employee brandished a weapon as he removed it from front pants pocket and placed in vehicle. Employee arrested and taken into custody.**

**List of supplemental reports**

**Follow Up 688210363_1**
**Follow Up 688210363_2**
**Follow Up 688210363_3**
**Follow Up 688210363_4**
**Follow Up 688210363_5**
**Follow Up 688210363_6**
**Follow Up 688210363_7**
**Follow Up 688210363_8**
**Follow Up 688210363_8_1**
**Follow Up 688210363_9**
**Follow Up 688210363_10**

**List of contacts in this report**

| | | |
|---|---|---|
| **BASS, GLEN** | **NON-VETERAN** | **688210363_9** |
| **OFFICE OF SECURITY AND LAW ENFORCEMENT** | **OUTSIDE LAW ENFORCEMENT** | **688210363** |

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| **Signature** | | **Reviewed By/Date** |
| | | MILLER, ANDREW W 06/24/2021 1459 |

Case # : 688210363

| | | |
|---|---|---|
| BASS JR, GLENN | SUSPECT | 688210363_1 |
| BASS JR, GLENN | SUSPECT | 688210363_2 |
| BASS JR, GLENN | SUSPECT | 688210363_3 |
| BASS JR, GLENN | SUSPECT | 688210363_4 |
| BASS JR, GLENN | SUSPECT | 688210363_5 |
| BASS JR, GLENN | SUSPECT | 688210363_6 |
| BASS JR, GLENN | SUSPECT | 688210363_8 |
| DEPARTMENT OF VETERANS AFFAIRS | US GOVERNMENT | 688210363_8 |
| BASS JR, GLENN | VA POLICE OFFICER | 688210363 |
| BASS JR, GLENN | VA POLICE OFFICER | 688210363_7 |
| BRADFORD, AARON | VICTIM | 688210363_8 |

### Contact # 1   (VA POLICE OFFICER)

| Full Name | | |
|---|---|---|
| GLENN THOMAS BASS JR | | |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | MD | GLENN.BASS@VA.GOV |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 30 | | MALE | BLACK |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5'08" | 253 | BLACK | BROWN |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 25-34 | | LARGE BUILD | UNIFORM |

| Department | | Title | |
|---|---|---|---|
| POLICE SERVICE | | OFFICER | |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| | | | PLACE | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| | | | | HOME |

### Phones :

### Distinguishing Features

| Feature Type | Description |
|---|---|
| CLOTHING | UNIFORM |

### Known Associates

| Associate Type | Associate Name |
|---|---|
| CHILD | |

### Contact # 2   (BUSINESS - OUTSIDE LAW ENFORCEMENT)

| Business Name | Business Number |
|---|---|
| OFFICE OF SECURITY AND LAW ENFORCEMENT | 202-461-0262 |

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| **Signature** | | **Reviewed By/Date** |
| | | MILLER, ANDREW W 06/24/2021 1459 |

## Vehicle #1 (1EJ4472)

| Plate Type | Plate Number | Vehicle Make | Vehicle Style |
|---|---|---|---|
| AUTOMOBILE | 1EJ4472 | CHRYSLER | 4 DOOR VEHICLE |
| Vehicle Model | Expiration | VIN | Plate State |
| 300 | | 2C3CCAGG2DH600926 | MD |
| Year | Vehicle Color | Owner | |
| 2013 | GRAY | GLENN BASS JR | |

## Property #1 (EVIDENCE)

| | Property Type | Property Category |
|---|---|---|
| | 13 FIREARMS | EVIDENCE |
| Property Disposition | Barcode Number | |
| IN CUSTODY | 100000024493 | |
| Property Description | PropertyLocation | |
| GLOCK 19 GEN 4 9MM HANDGUN | | |

| Brand | Model | Serial Number |
|---|---|---|
| GLOCK | MODEL 19 | BEHN658 |
| Approximate Size | Property Color | Owner |
| | BLACK | GLENN BASS JR |
| Approximate Value | Quantity | Total |
| $0.00 | 1 | |

| Note |
|---|
| taken as evidence |

## Property #2 (EVIDENCE)

| | Property Type | Property Category |
|---|---|---|
| | 13 FIREARMS | EVIDENCE |
| Property Disposition | Barcode Number | |
| IN CUSTODY | 100000024494 | |
| Property Description | PropertyLocation | |
| GLOCK 9MM MAGAZINE | | |

| Brand | Model | Serial Number |
|---|---|---|
| GLOCK | 9MM | |
| Approximate Size | Property Color | Owner |
| | BLACK | GLENN BASS JR |
| Approximate Value | Quantity | Total |
| $0.00 | 1 | |

| Note |
|---|
| approx weight 7.542 oz. |

## Property #3 (EVIDENCE)

| | Property Type | Property Category |
|---|---|---|
| | | |

| Prepared By: | Submitted Date |
|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | 06/24/2021 1459 |
| **Signature** | **Reviewed By/Date** |
| | MILLER, ANDREW W 06/24/2021 1459 |

| | 13 FIREARMS | EVIDENCE |
|---|---|---|
| Property Disposition | Barcode Number | |
| **IN CUSTODY** | **100000024495** | |
| Property Description | PropertyLocation | |
| **GLOCK 9MM MAGAZINE** | | |
| Brand | Model | Serial Number |
| **GLOCK** | **9MM** | |
| Approximate Size | Property Color | Owner |
| | **BLACK** | **GLENN BASS JR** |
| Approximate Value | Quantity | Total |
| **$0.00** | **1** | |
| Note | | |
| **approx. weight 8.352 oz.** | | |

## Property #4 (EVIDENCE)

| | Property Type | Property Category |
|---|---|---|
| | **13 FIREARMS** | **EVIDENCE** |
| Property Disposition | Barcode Number | |
| **IN CUSTODY** | **100000024496** | |
| Property Description | PropertyLocation | |
| **GLOCK 9MM MAGAZINE** | | |
| Brand | Model | Serial Number |
| **GLOCK** | **9MM** | |
| Approximate Size | Property Color | Owner |
| | **BLACK** | **GLENN BASS JR** |
| Approximate Value | Quantity | Total |
| **$0.00** | **1** | |
| Note | | |
| **approx. weight 7.198 oz.** | | |

## Property #5 (EVIDENCE)

| | Property Type | Property Category |
|---|---|---|
| | **13 FIREARMS** | **EVIDENCE** |
| Property Disposition | Barcode Number | |
| **IN CUSTODY** | **100000024497** | |
| Property Description | PropertyLocation | |
| **LUGER 9MM AMMUNITION** | | |
| Brand | Model | Serial Number |
| **LUGER** | **9MM** | |
| Approximate Size | Property Color | Owner |
| | **SILVER** | **GLENN BASS JR** |
| Approximate Value | Quantity | Total |
| **$0.00** | **1** | |

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| **Signature** | | **Reviewed By/Date** |
| | | MILLER, ANDREW W 06/24/2021 1459 |

Note

**approx. weight .37 oz.**

## Digital Media List

### Digital Media # 1



Title

**LUGER**

Description

**Luger 9MM**

### Digital Media # 2



Title

**BULLET**

Description

**Bullet with weight**

| Prepared By: | Submitted Date |
|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | 06/24/2021 1459 |
| Signature | Reviewed By/Date |
| | MILLER, ANDREW W 06/24/2021 1459 |

**Digital Media # 3**



Title
**MAGAZINE 3**

Description
**Magazine 3 with weight**

**Digital Media # 4**



Title
**MAGAZINE 3**

Description
**Magazine 3 with weight**

**Digital Media # 5**



Title
**MAGAZINE 2**

Description
**Magazine 2 with weight**

| Prepared By: | Submitted Date |
|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | 06/24/2021 1459 |
| Signature | Reviewed By/Date |
| | MILLER, ANDREW W 06/24/2021 1459 |

**Digital Media # 6**



Title

**MAGAZINE 1**

Description

**Magazine 1 with weight**

**Digital Media # 7**



Title

**GLOCK SERIAL #**

Description

**Serial # of firearm**

**Digital Media # 8**



Title

**FIREARM AND MAGAZINES**

Description

**Firearm and magazines**

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| Signature | | Reviewed By/Date |
| | | MILLER, ANDREW W 06/24/2021 1459 |

### Narrative text

On Tuesday, June 22, 2021 at approximately 1000 hours, a call came across the radio from V-45 asking V-3 to come outside to meet him at his vehicle. The person on the radio was cursing which caused another officer to ask who was on the radio. Officer BASS Jr., Glenn T. again stated over the radio this is BASS and he was wanting V-3/BRADFORD to come to his vehicle and we needed to bring MPD. I responded from GE280/ Police Training to Lot #4, adjacent to Gate #2 where BASS had parked his vehicle. V-3 is Captain BRADFORD, Aaron who is the immediate supervisor for BASS.

As I was responding to Lot #4 I observed BASS in the middle of the parking lot at the rear of his vehicle. His vehicle was parked facing forward in a parking space. I was able to observe BASS's hands during my approach and I did not see any weapons in his hands nor did BASS make any threatening movements. BASS was wearing black in color pants and a black in color T-shirt which was not tucked in. BASS was pacing at the rear of his vehicle asking where BRADFORD was and I was able to observe his hands during our conversation. BASS was stating he wanted to speak with BRADFORD man to man, that he was tired of the way BRADFORD was speaking to him. I glimpsed to my left and observed responding units, but did not see BRADFORD. BASS again stated he wanted BRADFORD out there to speak to him. BASS's voice was elevated and he was agitated that BRADFORD was not out there so he could confront him. I glimpsed to my left again and did see BRADFORD responding. I told BASS that BRADFORD was responding and told him he was up by the fence.

As other units were arriving on scene, BASS placed his left hand in his left front pants pocket and moved closer towards the rear passenger door of his vehicle. He was still approximately three feet from the vehicle. Due to his hand in his pocket, I placed my hand on my duty weapon. In the line of sight of BASS, I observed Officer DEJESUS, Brandon approach from the lawn area in front of BASS's vehicle with his weapon drawn. DEJESUS moved to his left and out of sight of BASS. BASS pulled up his hand slightly which revealed the magazine plate of a firearm as if he was "staging" the weapon. I observed the magazine plate of the firearm on the edge of his pants pocket. BASS then pulled the firearm out of his pants pocket, turned counter clockwise and tossed it on the passenger seat of his vehicle. BASS's actions in removing the firearm from his pants were precise and intentional as to not show any form of aggressive actions. The muzzle of his weapon was pointed towards the ground from the time he removed the firearm from his pants to when he placed it on the back seat of his vehicle. I ordered BASS to place his hands on the vehicle in front of him which he complied. The vehicle was a Black SUV. As Sgt. SMALLWOOD, Steven came around the back of the SUV, I ordered BASS to lean against the SUV and place his hands behind his back, which he complied. BASS was placed in handcuffs and taken into custody by SMALLWOOD and Officer BETHEA, Antonio. Each officer placed a set of handcuffs on each wrist then locked the handcuffs together.

I opened the back door to BASS's vehicle and on the back seat I observed a handgun with a magazine in the magazine well and two loaded magazines next to it. I retrieved the firearm and magazines from the vehicle to process as evidence for the incident. The vehicle is a Chrysler 300, Silver in color, MD Tag 1EJ4472, VIN 2C3CCAGG2DH600926. Sgt. HOLDER, Marlon and Officer HARRISON, Daniel were given the keys to the vehicle to conduct a search for any other weapons. Officers found no other weapons in the vehicle.

At approximately 1025 hours, I entered Police Admin with the Glock Model 19 and three magazines. With the assistance of Major BURKETT-ERICE, Mattieu, we proceeded into the armory and cleared the Glock 19 in the clearing barrel.The round removed from the Glock 19 was a 9MM Luger bullet. I took the Glock 19, three magazines and the Luger 9MM round to GE280/Police Training to process as evidence.

At 1030 hours, I made telephone contact with the On-Duty agent at the Office of Security and Law Enforcement (OS&LE) to advise of the situation. I let the agent know we were working on the 10173 and it would be sent out as more information was gathered.

At 1042 hours, DEJESUS read BASS VA Form 1430/VA Police Pre-Questioning Advice of Constitutional Rights. BASS was advised of his rights which he stated he understood and he stated he did not wish to answer any questions. All officers involved with the incident were informed of BASS's wish to not answer any questions so any statements made by BASS would be voluntary.

When I completed notification with OS&LE, I processed the Glock 19, the magazines and the ammunition via VA Form

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| **Signature** | | **Reviewed By/Date** |
| | | MILLER, ANDREW W 06/24/2021 1459 |

3524/VA Police Property Held Evidence Record.  The handgun is a Glock Model 19, Gen 4, Serial #BEHN658, 9x19 9MM. Each magazine is loaded with Luger 9MM ammunition and they were weighed on a digital scale to get the approximate loaded weight.  The approximate weight of the loaded magazines are as follows:

Magazine 1:  7.542 oz.
Magazine 2:  8.296 oz.
Magazine 3:  7.198 oz.

I conducted a weight of the single Luger 9MM round which had a weight of .37 oz.

All items were processed via VA Form 3524 and each item had a VA Form 3524a/Evidence or Property Tag attached. Evidence was placed in Temporary Evidence Locker #3 and Sgt. CHRISTMAS, Donald/Evidence Custodian was notified via email.

At 1428 hours, BRADFORD had a check in CJIS conducted on BASS reference the Glock 19.  The firearm came back registered to BASS.  BASS was not a credentialed police officer nor did he have a Maryland Concealed Carry permit to carry his firearm on him.

At 1434 hours, I sent VA Form 10173/VA Police Initial Incident Report to the On-Duty OS&LE agent.  The On-Duty agent called at 1447 hours for further update.

At 1559 Hours, Sgt. HOLDER, Marlon called and stated the report number from MPD is 210-840-86.

At 1658 hours, I was notified via email from Investigator HENLEY, Michael that BASS would be charged with the following offenses:

18 USC 115(A)(1)(B):  Threatens to Assault US Official
18 USC 930:  Possession of Firearms and Dangerous Weapons in Federal Facilities
18 USC 13:  DC Code CPLW - 22 DC Code 4504(a); DC Carrying Pistol without a License

There are two ways to enter the grounds of the Washington DC VA Medical Center located at  50 Irving St NW, Washington D.C. 20422.  Gate #1 is the patient/visitor gate and Gate #2 is for employees.  Each gate has a posted sign for weapons. The first sign states, "Notice No Firearms or Weapons Allowed on This Property, 18 USC 930" and the second sign is a Notice of Weapons Search stating the possession of any weapon by persons entering this building is prohibited by law  (38 CFR & 1.218 (a)(13).

| Prepared By: | | Submitted Date |
|---|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | 06/24/2021 1459 |
| **Signature** | | **Reviewed By/Date** |
| | | MILLER, ANDREW W 06/24/2021 1459 |

Case # :
688210363_1



Follow Up

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Reported By:   **BETHEA, ANTONIO D**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |
| Due to unusual transmissions over the radio, VA Police responded to parking lot #4. VA Police responded to Lot # and made contact with an individual brandishing a firearm. VA Police were able to deescalate the incident and take custody of the individual. |

| List of contacts in this report | | |
|---|---|---|
| **BASS JR, GLENN** | **SUSPECT** | **688210363_1** |

| Contact # 1  (SUSPECT) | | |
|---|---|---|
| Full Name | | |
| **GLENN THOMAS BASS JR** | | |
| Drivers License | Drivers LicenseState | Email Address |
| | **MD** | **GLENN.BASS@VA.GOV** |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | **AGITATED** | **LARGE BUILD** | **UNIFORM** |
| Department | | Title | |
| **POLICE SERVICE** | | **POLICE OFFICER** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | **PLACE** | |
| City | State | Zip | Country | | Address Type |
| | | | | | **HOME** |

| Phones : |
|---|
| |

| Prepared By: | | Submitted Date |
|---|---|---|
| BETHEA, ANTONIO D(Antonio.Bethea@va.gov) | | 06/22/2021 1815 |
| Signature | | Reviewed By/Date |
| | | |

| Distinguishing Features | |
| --- | --- |
| Feature Type | Description |
| CLOTHING | UNIFORM |

| Known Associates | |
| --- | --- |
| Associate Type | Associate Name |
| CHILD | |

<u>Narrative text</u>

On Tuesday, June 22, 2021, at approximately 1000 I, Ofc. Bethea, was working as a uniformed Police Officer at the Washington DC VA Medical Center, while on interior patrol; I heard a broken message over the patrol radio. I could hear unit V-45 requesting V-3 (Capt. Bradford)come out to the parking lot along with cursing. I then heard a second message of the same nature, where V-45 stated, "I am tired of you talking to me that way," and "Meet me at my car I got something for you." I immediately began moving towards the Police parking area, Lot #5. While walking past the emergency room I observed Capt. Miller run from the building towards Lot #4. I began to run towards Capt. Miller's location.

Upon my arrival with Officers, I observed a male VA Police Officer (Glenn Bass Jr) standing near the parked cars and Capt. Miller attempting to calm him. As I approached the immediate area, I observed Bass pacing with his arms by his side. I began to get closer and was directed, through hand gestures, for me to move away. As I began to move backwards, over my left shoulder, I observed Deputy Chief Thompson with his VA issued service weapon drawn to a Contact Ready Position. I immediately took cover behind a trailer parked on the lot and drew my VA issued service weapon , holding it along my right leg. I shouted out to Bass saying, "Bass no don't do this, Glenn please." Bass began to yell where is he, he sent you all out here for him." Bass turned to his right way from Capt. Miller, at which time I observed the end of a firearm grip with the magazine inserted in his right pant leg pocket. As I began to raise my weapon to a ready position, Bass went to his vehicle placing a black in color handgun on the rear driver's side seat .

Bass turned around showing his hands empty, placing his hands on the vehicle behind him. I approached Bass along with Sgt. Smallwood, holstered my weapon and assisted Sgt. Smallwood with placing Bass in handcuffs. Bass was escorted to the emergency room for evaluation. Bass was taken to Police Services placed in the holding cell. With Sgt. Smallwood and Sgt. Holder with Bass I returned to normal patrol duties.

| Prepared By: | | Submitted Date |
| --- | --- | --- |
| BETHEA, ANTONIO D(Antonio.Bethea@va.gov) | | 06/22/2021 1815 |
| Signature | | Reviewed By/Date |
| | | |

Case # :       688210363_2



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:    **BRADFORD, AARON J**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |
| VA Police responded to verbal threats by firearm made to an employee, via police radio. VA Police encountered the subject, challenged and took the subject into custody. Subject was charged and transported to local jail, no further police action taken. |

| List of contacts in this report |
|---|

**BASS JR, GLENN**                    **SUSPECT**                    **688210363_2**

| Contact # 1   (SUSPECT) | | |
|---|---|---|
| Full Name | | |
| **GLENN THOMAS BASS JR** | | |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | **MD** | **GLENN.BASS@VA.GOV** |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **30** | | **MALE** | **BLACK** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'08"** | **253** | **BLACK** | **BROWN** |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| **25-34** | | **LARGE BUILD** | **UNIFORM** |

| Department | | Title | |
|---|---|---|---|
| **POLICE SERVICE** | | **OFFICER** | |

| Addresses | | | | |
|---|---|---|---|---|
| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
| | | | **PLACE** | |
| City | | State | Zip | Country | Address Type |
| | | | | | **HOME** |

| Prepared By: | | Submitted Date |
|---|---|---|
| BRADFORD, AARON J(Aaron.Bradford@va.gov) | | 07/26/2021 1149 |
| **Signature** | **Reviewed By/Date** | |

| Distinguishing Features | |
|---|---|
| Feature Type | Description |
| CLOTHING | UNIFORM |

| Known Associates | |
|---|---|
| Associate Type | Associate Name |
| CHILD | |

**Narrative text**

 On 6/22/2021 at approximately 1000 hours, I Captain Aaron Bradford, Badge # 607 was assigned to administrative duties with the VA Police Service at the Washington DC VA Medical Center, located at 50 Irving St NW Washington DC 20422. At approximately 1000 hours a radio transmission broadcasted across our police radio frequency. The person coming across the radio was identified as Glenn Bass Jr./ Police Service Employee.

Bass began to go on a rant that involved cursing; and stated that he had a weapon. Bass also stated that if I (Captain Bradford) wanted to see what real training was like to meet him in the parking-lot by the back gate. The VA Police Dispatch Controller transmitted and asked for the identity of the last caller, and the caller responded, "Bass". Bass then referenced my military background and stated, "come on Security Forces I'm waiting. I departed my office and quickly briefed Deputy Chief Hubert Thompson on what was transpiring. I overheard on the radio other officers responding to the affected area. I grabbed my body armor and departed the police service administrative office and responded to the affected area. I drew my weapon before departing the facility, because I reasonably believed to encounter an armed suspect.

When I arrived on scene I observed Deputy Chief Thompson with his weapon pointed at Bass giving verbal commands. I also saw Captain Andrew Miller within closer distance to Bass, but could not ascertain if is weapon was drawn. I observed Officer Brandon DeJesus with his weapon drawn to the rear of Bass. I observed Sgt. Smallwood on scene but do not recall if his weapon was drawn. I took a position of cover behind a steel shipping crate and pointed my weapon towards Bass. Bass then reached into his pocket with his left hand and removed a Glock 19 pistol, turned around and placed it in his vehicle. Bass was then taken into custody by Sgt. Smallwood and Officer Bethea. Bass was handcuffed, the cuffs were check for tightness, and double locked, per their account.

Bass was transported to the emergency room for evaluation, but due to an emergency of a possible Covid-19 exposure, he was transported to the VA Police Service Administrative Office, searched, and placed in a holding cell. ████████████ ████████████████████████████████████████████ An NCIC check was completed, which came back negative for wants or warrants. A check with Maryland State Police was conducted and Bass was registered the owner of the firearm. Bass has not been assigned badge and credentials and has no arrest authority.

| Prepared By: | | Submitted Date |
|---|---|---|
| BRADFORD, AARON J(Aaron.Bradford@va.gov) | | 07/26/2021 1149 |
| **Signature** | | **Reviewed By/Date** |

688210363_3



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **HARRISON, DANIEL**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

On June 22nd, 2021 the Veterans Affairs Police responded to a call in the parking lot in the vicinity of gate two. Upon arriving on the scene, the police officers encountered a male black suspect with a firearm who was issuing verbal threats. The suspect was taken into custody without incident and was processed and transported by the Metropolitan Police Department to the 4th District Correctional Facility.

| List of contacts in this report | | |
|---|---|---|
| **BASS JR, GLENN** | **SUSPECT** | **688210363_3** |

| Contact # 1   (SUSPECT) | | | |
|---|---|---|---|
| Full Name | | | |
| **GLENN THOMAS BASS JR** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **MD** | **GLENN.BASS@VA.GOV** | |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | **ANGRY** | **LARGE BUILD** | **UNIFORM** |
| Department | | Title | |
| **POLICE SERVICE** | | **POLICE OFFICER** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | Street Type | Apt./Suite | |
| | | | **PLACE** | | |
| City | State | Zip | Country | Address Type | |
| | | | | **HOME** | |

| Prepared By: | Submitted Date |
|---|---|
| HARRISON, DANIEL(daniel.harrison@va.gov) | 06/22/2021 1638 |
| **Signature** | **Reviewed By/Date** |
| | |

Case # : ██████████

| ██████████████████ Phones : ██████████████████ |
| :-- |

| Distinguishing Features | |
| :-- | :-- |
| Feature Type | Description |
| CLOTHING | UNIFORM |

| Known Associates | |
| :-- | :-- |
| Associate Type | Associate Name |
| CHILD | ████████████████ |

**Narrative text**

 On June 22nd, 2021 at approximately 1020 I was standing at the front of the main hospital with Officer Betha directing pedestrian traffic due to the closure of the main lobby of the hospital . During this period, I heard a period of unintelligible radio traffic come across the radio. When I heard this I put my radio to my ear and heard more unintelligible radio traffic come across the radio at this time Officer Betha asked me if I could stay at the front door and continue to direct pedestrian traffic while we went to check out what all of the noise on the radio was about . I told Officer Betha that I would take over. A few minutes later I heard an officer come over the radio and clearly say all officers need to come to gate two immediately . At this time, I asked a Veterans Affairs employee to take over the pedestrian traffic for me and I walked over to gate two not knowing what the situation was because of the unintelligible radio traffic .

When I arrived at gate two I observed Deputy Chief Thompson , Captain A. Miller, Captain A. Bradford, Sergeant S. Smallwood, Sergeant M. Holder, Officer B. DeJesus, and Officer A. Betha, standing around a silver vehicle with a black male who I later recognized as Officer G. Bass in handcuffs. I observed Sergeant S. Smallwood and Officer A. Betha walk Officer Bass from the location of the scene into the direction of the Police Department . I asked Captain A. Miller and Captain A. Bradford what had gone on because I did not hear any of the radio traffic and both Captains filled me in on the situation. Captain A. Bradford stated that Officer Bass called him outside with the intent to kill him and that Officer Bass had a firearm with him. Captain A. Miller explained to me all of the information that I missed on the radio transmission due to the poor reception that I was receiving.

At this time, I observed a police vehicle driving in my direction and when it stopped, I observed Officer B. DeJesus driving the vehicle. I got in the vehicle and asked him what was going on and he gave me a brief synopsis of the situation. A minute later Sergeant M. Holder came up to the vehicle and asked me to help him search the suspect vehicle. I exited the police car and walked over to the suspect vehicle and did a vehicle search for any additional weapons. Sergeant M. Holder and I searched the trunk and tire-well of the vehicle and found no additional weapons. However, we did find an empty GLOCK firearm case which contained a red firearm cable lock. I searched the entire passenger side of the vehicle and found a Veterans Affairs Police issued duty belt which contained handcuffs and a police baton on it . I also found an issued police department jacket with Veterans Affairs Police departmental patches on it .

I picked up the police jacket and searched the pocket for any additional weapons and found nothing but the suspects' wallet. I then removed the police department issued equipment from the back of the passenger vehicle and placed it on the ground by the trunk. I then returned to the front passenger side of the vehicle and search both the centre console, under the seat, and the glove box and found a small pocketknife which I confiscated as well. After Sergeant M. Holder and I determined that there were no further weapons in the vehicle Sergeant M. Holder locked the vehicle and we gather the issued police equipment and took it back to the station. I had no further involvement in this investigation.

| Prepared By: | | Submitted Date |
| :-- | :-- | :-- |
| HARRISON, DANIEL(daniel.harrison@va.gov) | | 06/22/2021 1638 |
| **Signature** | | **Reviewed By/Date** |
| | | |



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **SMALLWOOD, STEVEN**

Reviewed By:

| Parent Report Information | |
| --- | --- |
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
| --- |
| Synopsis |

Received threats over the VA radio system from the subject to another employee. Responded to the location of the subject, at which time the subject was taken into custody and evidence was obtained. Subject was processed and transported to jail. No further actions taken by this officer.

| List of contacts in this report |
| --- |

**BASS JR, GLENN**          **SUSPECT**          **688210363_4**

| Contact # 1   (SUSPECT) | | | |
| --- | --- | --- | --- |
| Full Name | | | |
| **GLENN THOMAS BASS JR** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **MD** | **GLENN.BASS@VA.GOV** | |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | | **LARGE BUILD** | **UNIFORM** |
| Department | | | Title |
| **POLICE SERVICE** | | | **POLICE OFFICER** |

| Addresses | | | | |
| --- | --- | --- | --- | --- |
| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
| | | | **PLACE** | |
| City | State | Zip | Country | Address Type |
| | | | | **HOME** |

| Phones : |
| --- |

| Prepared By: | Submitted Date |
| --- | --- |
| SMALLWOOD, STEVEN(STEVEN.SMALLWOOD@VA.GOV) | 06/30/2021 0817 |
| Signature | Reviewed By/Date |
| | |

| Distinguishing Features | |
| --- | --- |
| Feature Type | Description |
| **CLOTHING** | **UNIFORM** |
| **Known Associates** | |
| Associate Type | Associate Name |
| **CHILD** | |

### Narrative text

On 22nd of June 2021, I Veterans Affairs Police Sergeant Steven Smallwood Badge #2221: A Shift: was working as a uniformed Police Officer assigned at DCVAMC. At approximately 1000 hours, I heard Officer Glenn Bass (Victor 45) make a threatening statement over the VA radio system towards Captain Bradford (Victor 3). Officer Bass stated his location in the parking lot (Lot 7) at which time all units responded to the area.

Upon arrival, I observed Captain Miller and Mr. Tucker attempting to talk with Bass. Bass started walking towards his vehicle (driver's side rear passenger door) which was open. At this time Captain Miller ordered Bass to place his hands on a vehicle next to his vehicle. After Bass complied, I kicked the vehicle door closed at which time I observed what appeared to be a black in color gun magazine on the seat. I then approached Bass and placed him into handcuffs (the cuffs were double-lock and checked for tightness). Bass was escorted to Emergency Room ramp until contact could be made with medical staff. After contact with medical staff, Bass was escorted to Police Admin. Office and placed into holding cell.

Bass was placed sitting in the holding cell until transportation was set up for further processing.

| Prepared By: | | Submitted Date |
| --- | --- | --- |
| SMALLWOOD, STEVEN(STEVEN.SMALLWOOD@VA.GOV) | | 06/30/2021 0817 |
| **Signature** | | **Reviewed By/Date** |

Case # : 688210363_5



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **HOLDER, MARLON**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

VAPD was dispatched to parking #7 for a report of a police service making threats towards an officer via police radio.  This officer arrived and observed other officers with their weapons drawn trying to deescalate the situation.  Officers were able to get compliance from the subject.  The subject was placed in handcuffs, then escorted to Police Admin for a mental health evaluation and processing. The subject was then taken to MPD's 3rd District for processing, no further police action was taken.

| List of contacts in this report |
|---|

**BASS JR, GLENN**                    **SUSPECT**                    **688210363_5**

| Contact # 1   (SUSPECT) | | | |
|---|---|---|---|
| Full Name | | | |
| **GLENN THOMAS BASS JR** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **MD** | **GLENN.BASS@VA.GOV** | |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | | **LARGE BUILD** | **UNIFORM** |
| Department | | Title | |
| **POLICE SERVICE** | | **POLICE OFFICER** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | **PLACE** | |
| City | | State | Zip | Country | Address Type |
| | | | | | **HOME** |

| Prepared By: | Submitted Date |
|---|---|
| HOLDER, MARLON(MARLON.HOLDER@VA.GOV) | |
| **Signature** | **Reviewed By/Date** |
| | |

**Distinguishing Features**

| Feature Type | Description |
|---|---|
| CLOTHING | UNIFORM |

**Known Associates**

| Associate Type | Associate Name |
|---|---|
| CHILD | |

**Narrative text**

 On Tuesday, June 22, 2021, I Holder, M was working as a uniformed Police Officer assigned to COVID 19 Detail.   At approximately 1000 hours, while in the A Clinic I heard employee/subject Bass coming over the VA Police radio cursing and making verbal threats towards Capt. Bradford to meet him outside in parking lot #7 by gate# 2.  Subject Bass then made a statement "if anyone responses he's ready to shoot up the place".  I initiated all officers on duty to respond to that location.

I arrived on the scene at approximately 1004 hours and observed Dept. Chief Thompson, Capt. Bradford, Officer Bethea, Officer DeJesus with their weapons drawn on employee Bass trying to deescalate the situation.  Capt. Miller and Sgt. Smallwood were also on scene, but their weapons were not drawn.

I approached subject Bass's location with my weapon drawn via parking lots 5,6 and 7.  When I arrived at subject Bass's absolute location, I observed subject Bass complying with Dept. Chief Thompson directions. Sgt. Smallwood and Officer Bethea placed subject Bass into handcuffs and escorted him to Police Administration for a Mental Health Evaluation and processing for transport to Metropolitan Police Department's 4th District located on 6001 Georgia Ave NW, Washington, DC 20011.

Capt. Bradford informed me and Officer Harrison to conduct an incident to arrest a search of employee Bass's vehicle for any additional weapons.  Officer Harrison and I searched the vehicle and found a pocket utility knife and his gun case was also found.   I contacted Maryland State Police Department Licensing Division and spoke to Ms. Patterson.  I had Ms. Patterson run an inquiry to verify if subject Bass's weapon was registered in Maryland State and also verify if employee Bass had a carry permit in Maryland.   Employee Bass's weapon came back registered in the state of Maryland, but he had no carry permit in the state of Maryland.

At 1435 Metropolitan Police Department Officer Conover Badge #5342 arrived on the property to transport subject Bass to MPD's 3rd District for lock-up and processing.   At 1454 hours Officer DeJesus and I escorted subject Bass from the VA Police Holding Cell to MPD's Officer Conover's vehicle and left VA Property.   Officer DeJesus and I arrived at the 3rd District at approximately 1515 hours.

Employee/subject Bass was charged with two different charges.  Charge One was threatening Police Officers and the Public with a firearm.  The Second Charge was having a weapon in Washington DC without a gun carry permit.  At 1944 hours subject Bass was taken to DC's Central lock-up to be further processed by MPD officer Valentin Badge# 5446.  At 2015 hours Officer DeJesus and I cleared MPD 3rd District.  Officer DeJesus and I arrived back on the property at 2035 hours and completed further necessary paperwork.  No further action was taken.

| Prepared By: | | Submitted Date |
|---|---|---|
| HOLDER, MARLON(MARLON.HOLDER@VA.GOV) | | |
| **Signature** | | **Reviewed By/Date** |
| | | |

Case # :  688210363_6



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **DEJESUS, BRANDON**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

Veterans Affairs Police responded to verbal threats by firearm made to a Veterans Affairs employee on the Veterans Affairs Police radio communication system. Veterans Affairs Police responded to the suspects location and took the suspect into custody. The suspected was charged, arrested, processed and taken to jail.

| List of contacts in this report |
|---|

**BASS JR, GLENN**          **SUSPECT**          **688210363_6**

| Contact # 1   (SUSPECT) | | |
|---|---|---|
| Full Name | | |
| **GLENN THOMAS BASS JR** | | |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | **MD** | **GLENN.BASS@VA.GOV** |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **30** | | **MALE** | **BLACK** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **5'08"** | **253** | **BLACK** | **BROWN** |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| **25-34** | | **LARGE BUILD** | **UNIFORM** |

| Department | | Title | |
|---|---|---|---|
| **POLICE SERVICE** | | **POLICE OFFICER** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | **PLACE** | |
| City | State | Zip | | Country | Address Type |
| | | | | | **HOME** |

| Phones : |
|---|

| Prepared By: | | Submitted Date |
|---|---|---|
| DEJESUS, BRANDON(brandon.dejesus@va.gov) | | 06/22/2021 2213 |
| Signature | | Reviewed By/Date |
| | | |

Case # :

| Distinguishing Features | |
|---|---|
| Feature Type | Description |
| CLOTHING | UNIFORM |

| Known Associates | |
|---|---|
| Associate Type | Associate Name |
| CHILD | |

**Narrative text**

 On 22 JUNE 2021 at approximately 10:00 hours, I Veterans Affairs Police Officer Brandon Dejesus Badge #4863 was conducting a routine vehicle patrol in the basement level of the employee parking garage on day shift at the District of Columbia Veterans Affairs Medical Center (DCVAMC) when Officer Glenn Thomas Bass Jr. came over the radio aggressively cursing and made violent threats towards Captain Aaron Bradford . Officer Bass stated that he was an infantryman and demanded Captain Bradford to come to his vehicle so they could settle things like "men". After locating Mr. Bass, VA Police Dispatch sent all available police units to his location in Parking Lot 7. Officer Bass then came over the radio again and stated that if anyone got in his way they would also be harmed. Furthermore, Officer Bass came over the radio and stated that police dispatch would have to call the Metropolitan Police Department because he was going to shoot up the DCVAMC by stating, "I'm going to light up the DCVAMC, let's go!".

Once I arrived on scene, I observed Officer Bass standing near his vehicle, Captain Andrew Miller with his hand resting on his weapon in the holster standing near Officer Bass, Sergeant Steven Smallwood standing on the right side of Officer Bass. Once I parked my vehicle, I observed Officer Bass open the door of his vehicle at which point in time I drew my weapon and had it in the low-ready position as I approached closer to Officer Bass. As I was closing in, I observed Deputy Chief Herbert Thompson with his weapon drawn and Officer Antonia Bethea with his firearm drawn shouting to Officer Bass, "Don't do it Bass! Please don't do it Bass!". Captain Miller was attempting to deescalate the situation and gave verbal commands to Officer Bass to place his hands on the vehicle. Officer Bethea and Sergeant Smallwood then placed Officer Bass in handcuffs, walked him over to the Emergency Department ramp, placed him in the patrol vehicle and then I escorted Officer Bass with Sergeant Smallwood to the holding cell located in Police Service Admin . At approximately 1042 hours I read Officer Bass his rights off the Rights Advisement card . Officer Bass stated he understood his rights, requested a lawyer, and was unable to sign due to him being in handcuffs.

At approximately 1454 hours Sergeant Marlon Holder and I transported Officer Bass to Metropolitan Police Department's 3rd district to process his arrest with 4th District MPD Officer Conover badge #5342. After completing all the necessary paperwork for the District of Columbia, Officer Bass was turned over to MPD custody and then taken to Central Booking . Sergeant Holder and I arrived back at the DCVAMC at approximately 2035 hours.

| Prepared By: | | Submitted Date |
|---|---|---|
| DEJESUS, BRANDON(brandon.dejesus@va.gov) | | 06/22/2021 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | |



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **MILLER, ANDREW W**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

AUSA requested an actual ammunition count from the three magazines.  Evidence Custodian removed items from temporary storage and gave

them back for further processing.  Round count conducted and photographs taken, total amount sent to AUSA.

| List of contacts in this report |
|---|

**BASS JR, GLENN**          **VA POLICE OFFICER**          **688210363_7**

| Contact # 1   (VA POLICE OFFICER) | | | |
|---|---|---|---|
| Full Name | | | |
| **GLENN THOMAS BASS JR** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **MD** | **GLENN.BASS@VA.GOV** | |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | | **LARGE BUILD** | **UNIFORM** |
| Department | | | Title |
| **POLICE SERVICE** | | | **POLICE OFFICER** |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | **PLACE** | |
| City | | State | Zip | Country | Address Type |
| | | | | | **HOME** |

| Phones : |
|---|

| Prepared By: | Submitted Date |
|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | |
| Signature | Reviewed By/Date |
| | |

| Distinguishing Features | |
| --- | --- |
| Feature Type | Description |
| **CLOTHING** | **UNIFORM** |

| Known Associates | |
| --- | --- |
| Associate Type | Associate Name |
| **CHILD** | |

## Digital Media List

### Digital Media # 1



**Title**
**ITEM #4**

**Description**
**Magazine and Ammunition**

### Digital Media # 2



**Title**
**ITEM #3**

**Description**
**Magazine and Ammunition**

| Prepared By: | | Submitted Date |
| --- | --- | --- |
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | | |

| Signature | Reviewed By/Date |
| --- | --- |
| | |

**Digital Media # 3**



Title
**ITEM #2**

Description
**Magazine and Ammunition**

---

**Narrative text**

 On Wednesday, June 23, 2021 at approximately 0925 hours, Captain BRADFORD, Aaron called via cell phone and advised he was notified by Investigator HENLEY, Michael a round count needed to be conducted on the magazines in evidence. BRADFORD stated contact was made with Sgt. CHRISTMAS, Donald/Evidence Custodian who was coming to the VA to assist with evidence.

At 1100 hours, I met with CHRISTMAS in GE270/Police Admin and retrieved my evidence for case 688210363 which included the Item #1/Glock 19, Item #5/(1) single round of Luger 9MM and Item #2-#4/(3) Glock magazines loaded with ammunition. Per instructions by the AUSA, I proceeded to GE280/Police Training Office and started a round count with my packaged evidence.

At 1111 hours, I opened Item #4 and removed all of the ammunition from the magazine. A round count was conducted and a photograph was taken of the magazine, ammunition and the 3524a. Total round count for the magazine was 14 Luger 9MM rounds. The ammunition was loaded back into the magazine and the magazine was placed in the original evidence packaging from June 22, 2021.

At 1120 hours, I opened Item #3 and removed all of the ammunition from the magazine. A round count was conducted and a photograph was taken of the magazine, ammunition and the 3524a. Total round count for the magazine was 15 Luger 9MM rounds. The ammunition was loaded back into the magazine and the magazine was placed in the original evidence packaging from June 22, 2021.

At 1125 hours, I opened Item #2 and removed all of the ammunition from the magazine. A round count was conducted and a photograph was taken of the magazine, ammunition and the 3524a. Total round count for the magazine was 13 Luger 9MM rounds. The ammunition was loaded back into the magazine and the magazine was placed in the original evidence packaging from June 22, 2021.

There was a total of (43) 9MM Luger rounds of ammunition between the three magazines and the one round removed from the chamber of the weapon. The total round count was texted to both BRADFORD and HENLEY at 1134 hours.

Item #2, #3 and #4 were placed in a new evidence bag, sealed with red evidence tape and initialed/ dated AWM 06/23/21 per SOP 16/Evidence Handling Procedures. Item # 1, #2, #3, #4 and #5 were given to CHRISTMAS at 1150 hours for processing.

---

| **Prepared By:** | **Submitted Date** |
|---|---|
| MILLER, ANDREW W(ANDREW.MILLER2@VA.GOV) | |
| **Signature** | **Reviewed By/Date** |
| | |



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **THOMPSON, HUBERT D**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

VA Police were dispatched to parking area after receiving numerous threats to cause bodily harm to a police officer via radio transmission. Units responded with firearms being drawn due to weapon being observed by initial officers on scene. Weapon was recovered with suspect being escorted to police operations for processing. There were no injuries to report.

| List of supplemental reports |
|---|

**Follow Up 688210363_8_1**

| List of contacts in this report |
|---|

| **BASS JR, GLENN** | **SUSPECT** | **688210363_8** |
|---|---|---|
| **DEPARTMENT OF VETERANS AFFAIRS** | **US GOVERNMENT** | **688210363_8** |
| **BRADFORD, AARON** | **VICTIM** | **688210363_8** |

| Contact # 1  (SUSPECT) |
|---|

| Full Name |
|---|
| **GLENN THOMAS BASS JR** |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | **MD** | **GLENN.BASS@VA.GOV** |
| Age | Date of Birth | Gender | Race |
| **30** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'08"** | **253** | **BLACK** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **25-34** | | **LARGE BUILD** | **UNIFORM** |
| Department | | Title | |
| **POLICE SERVICE** | | **POLICE OFFICER** | |

| Addresses | | | | |
|---|---|---|---|---|
| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
| | | | **PLACE** | |

| Prepared By: | | Submitted Date |
|---|---|---|
| THOMPSON, HUBERT D(HUBERT.THOMPSON@VA.GOV) | | 06/25/2021 1628 |
| **Signature** | | **Reviewed By/Date** |
| | | |

| City | State | Zip | Country | Address Type |
|------|-------|-----|---------|--------------|
|      |       |     |         | **HOME**     |

| Phones : |
|----------|
|          |

| Feature Type | Description |
|--------------|-------------|
| **CLOTHING** | **UNIFORM** |

| Known Associates | |
|------------------|--|
| Associate Type | Associate Name |
| **CHILD** | |

## Contact # 2   (BUSINESS - US GOVERNMENT)

| Business Name | Business Number |
|---------------|-----------------|
| **DEPARTMENT OF VETERANS AFFAIRS** | |

### Addresses

| Street Number | Direction | Street Name | Street Type | Apt./Suite |
|---------------|-----------|-------------|-------------|------------|
| **50** | **NORTHWEST** | **IRVING** | **STREET** | |

| City | State | Zip Code | Country | Address Type |
|------|-------|----------|---------|--------------|
| **WASHINGTON** | **DC** | **20422** | **USA** | **WORK** |

| Phones : |
|----------|

**(WORK) 1-202-745-8000**

## Contact # 3   (VICTIM)

| Full Name |
|-----------|
| **AARON  BRADFORD** |

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
|     |               |        |      |

| Height | Weight | Hair Color | Eye Color |
|--------|--------|------------|-----------|
|        |        |            |           |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
|             |          |       |          |

| Department | Title |
|------------|-------|
| **POLICE SERVICE** | **CAPTAIN** |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---------------|------------------|-------------|-------------|------------|
| **50** | **NORTHWEST** | **IRVING** | **STREET** | |

| City | State | Zip | Country | Address Type |
|------|-------|-----|---------|--------------|
| **WASHINGTON** | **DC** | **20422** | **UNITED STATES** | **WORK** |

---

**Narrative text**

  On Tuesday, June 22, 2021 while I was completing administrative task in my assigned office GE-288 I overheard unit (#45) yelling, "victor 3 meet me outside, let's train, I got something for you at my car". There was additional radio transmissions

| Prepared By: | Submitted Date |
|--------------|----------------|
| THOMPSON, HUBERT D(HUBERT.THOMPSON@VA.GOV) | 06/25/2021 1628 |
| Signature | Reviewed By/Date |
| | |

that I couldn't understand. I stepped outside my office and noticed that all units were running through the common area exiting the rear entrance/exit of the service to responding to the parking lot/loading dock area. At some point Capt. Bradford (unit #3) yelled to me, "Officer Bass is calling me outside to the parking lot to kill me, he has weapons". Due to me being dressed in plain clothes (suit) I grabbed my outer carrier ballistic vest and proceeded to respond to the incident. I requested that one of the responding units respond to the armory for a patrol rifle. As I exited the rear outside gate adjacent to the liquid oxygen tank I noticed Tyrone Tucker (Physical Security Specialist), Tywan Singleton (Supervisory Police Officer), Antonio Bethea (VA Police Officer), and Andrew Miller (Supervisory Police Officer) surrounding Officer Bass whom was standing behind what appeared to be a green in color vehicle. Capt. Miller, and Officer Bethea did not have their service weapons drawn. I yelled for Tucker, and Capt. Singleton to remove themselves from the area due to not being armed police officers. They were positioned in the direct line of fire if responding units had to fire. Officer Bass was yelling unknown words that I couldn't understand due to the outside surrounding traffic noises, and responding police personnel yelling, "Bass it's not worth it".

As I walked closer towards them I heard someone yell, "Bass don't do it, let me see your hands". I immediately drew my service issued firearm and attempted to find cover. I noticed that Bass right elbow was bent in an outward position (90 degrees) gesturing in a motion that he had a firearm in his hand. At some point I noticed Capt. Miller take a step back and gestured in a motion to draw his firearm demanding for Officer Bass to drop the weapon. I began to plead with Bass telling him, "it's not worth it, we are here to help". Officer Bass then yelled, "there goes that light skinned motherfucker". I took a quick glance to the left of me and noticed that Capt. Bradford had responded, whom Bass was referring to. I turned back towards Officer Bass whom began to motion that he was going to come from around the vehicle focusing on Capt. Bradford. I began to pull the trigger back of my firearm as Officer Bass turned and faced Capt. Miller pulling his firearm from his pants pocket area. I again kept pleading for Officer Bass to drop the weapon. Capt. Miller yelled, "he's putting the weapon in the back seat". Capt. Miller then demanded that Officer Bass place both his hands on the trunk of the vehicle he was standing behind. Officer Bass complied and was handcuffed by Sergeant Smallwood, and Officer Bethea. I immediately released my trigger riding it back forward and holstered my weapon.

Officer Bass was escorted down to Police Operations with no injuries to him or responding officers. I requested that Officer Bass be seen a mental health specialist for an evaluation. Officer Bass was searched and placed into the holding cell under periodic observation by responding units.

I immediately went to my assigned office to process the incident.

| **Prepared By:** | | **Submitted Date** |
|---|---|---|
| THOMPSON, HUBERT D(HUBERT.THOMPSON@VA.GOV) | | 06/25/2021 1628 |
| **Signature** | | **Reviewed By/Date** |
| | | |



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:     **THOMPSON, HUBERT D**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Follow Up** | **688210363_8** |
| Report Recorder | Report Disposition |
| **THOMPSON, HUBERT D** | **CLOSED** |
| Related Number: | Tracking Number |
| | **1081912** |

| Prepared By: | | Submitted Date |
|---|---|---|
| THOMPSON, HUBERT D(HUBERT.THOMPSON@VA.GOV) | | |
| Signature | | Reviewed By/Date |
| | | |

Case # :           688210363_9



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:   **HOLDER, MARLON**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |

VAPD was dispatched to Atrium to meet with an employee's father and turnover all personal property belonging to the employee. Officer contacted the employee's father at the Atrium and had him fill out and sign his proof of receivership. Officer then escorted the employee's father to the employee's vehicle located in parking lot # 4.   Employee's father then left property via gate# 2.   No further action was taken.

| List of contacts in this report |
|---|

**BASS, GLEN**                     **NON-VETERAN**                     **688210363_9**

| Contact # 1   (NON-VETERAN) | | | |
|---|---|---|---|
| Full Name | | | |
| **GLEN THOMAS BASS** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **MD** | | |
| Age | Date of Birth | Gender | Race |
| **56** | | **MALE** | **BLACK** |
| Height | Weight | Hair Color | Eye Color |
| **5'10"** | **205** | **BALD** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **55-64** | **CALM** | **MEDIUM BUILD** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | | |
| City | | State | Zip | Country | Address Type |
| | | | | **USA** | **HOME** |

| Phones : |
|---|

| Prepared By: | Submitted Date |
|---|---|
| HOLDER, MARLON(MARLON.HOLDER@VA.GOV) | |
| Signature | Reviewed By/Date |
| | |

| | | | |
|---|---|---|---|
| **Vehicle #1 (1EJ4472)** | | | |

| Plate Type | Plate Number | Vehicle Make | Vehicle Style |
|---|---|---|---|
| **AUTOMOBILE** | **1EJ4472** | **CHRYSLER** | **4 DOOR VEHICLE** |

| Vehicle Model | Expiration | VIN | Plate State |
|---|---|---|---|
| **300** | **09/2022** | **2C3CCAGG2DH600926** | **MD** |

| Year | Vehicle Color | Owner | |
|---|---|---|---|
| **2013** | **GRAY** | **GLENN BASS JR** | |

| Note |
|---|
| **GLEN BASS SR. PICKED UP GLEN BASS JR.'S VEHICLE FROM PARKING LOT# 4 AND LEFT PROPERTY VIA GATE #2.** |

**Narrative text**

On Friday, June 25, 2021, I Holder, M Badge# 1747 was working as a uniformed Police Officer assigned to DCVAMC Foot Patrol. At approximately 1000 hours I was dispatched to the Atrium, via radio by the VA Police Communications Center, regarding employee Glen Bass Jr.'s father coming on the property to collect his son's property.

I arrived on the scene at approximately 1003 hours and observed a black male sitting in one of the Atrium's chairs. I contacted Glen Bass Sr who was identified by his Maryland Driver's license.

Capt. Singleton and I escorted Bass Sr. into the VA Transition and Care Management Center and turned over all of Glen Bass Jr.'s personal belongings. I had Capt. Singleton present to be a witness observing the transfer of all items to Bass Sr. I had Bass Sr. completed an inventory sheet giving me his full name, home address, and cell number. I then made a copy of Bass Sr. driver's current driver's license. I gave Bass Sr. back his Driver's License when I was done.

Bass Sr. and I then proceeded to VA Parking lot #4 where I took pictures of all sides of the Glen Bass Jr.'s vehicle. The vehicle had a previous damage on the driver's side rear side fender. Bass Sr. got into Glen Bass Jr.'s vehicle and left the property via gate# 2. No further Police Action was taken.

| **Prepared By:** | **Submitted Date** |
|---|---|
| HOLDER, MARLON(MARLON.HOLDER@VA.GOV) | |

| **Signature** | **Reviewed By/Date** |
|---|---|
| | |



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**688 - WASHINGTON DC VAMC - VISN 5**
**50 IRVING STREET**
**NW WASHINGTON, DC, 20422**

Follow Up

Reported By:    **CHRISTMAS, DONALD R**

Reviewed By:

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **688210363** |
| Report Recorder | Report Disposition |
| **MILLER, ANDREW W** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **1079508** |

| Follow Up Information |
|---|
| Synopsis |
| Evidence submission pertain to case |

**Narrative text**

 On (June 22, 2021 at approximately 1730 hours), I, Sgt. Donald Christmas #2187, removed evidence pertaining to IR #688210363 from Temporary Evidence Locker # 6. Evidence was placed into main evidence safe that is in a secured room that is located in Police Admin in room GE271.

The evidence, One Glock model 19 Gen 4 9x19, 9MM handgun black in color. Serial#BEHN658, Fair Condition.

One black in color Glock 9MM, 15 round magazine with silver in color ammunition in magazine.

Glock 1594-01 on magazine, weight of magazine and ammunition 7.542 oz.
One black in color Glock 9MM, 15 round magazine with silver in color ammunition in magazine.

Glock 1594-01 on magazine, weight of magazine and ammunition 8.296 oz.
One black in color Glock 9MM, 15 round magazine with silver in color ammunition in magazine.

Glock 1594-01 on magazine, weight of magazine and ammunition 7.198 oz.
One Silver in color 9MM ammunition, Luger 9MM R-P on case.

Nothing follows.

| Prepared By: | | Submitted Date |
|---|---|---|
| CHRISTMAS, DONALD R(donald.christmas@va.gov) | | 07/08/2021 0010 |
| Signature | | Reviewed By/Date |
| | | |

# Arrest/Booking Sheet

## DEPARTMENT OF VETERANS AFFAIRS POLICE

| | | | |
|---|---|---|---|
| **Full Name** | GLENN THOMAS BASS JR | | |
| **Phone:** | | | |
| **Drivers License** | | | |
| **Drivers LicenseState** | MD | | |
| **Date of Birth** | | **Age** | 30 |
| **Gender** | MALE | **Race** | BLACK |
| **Height** | 5'08" | **Weight** | 253 |
| **Hair Color** | BLACK | **Eye Color** | BROWN |
| **SSNumber** | | | |
| **Mother''''s Name:** | | **Father''''s Name:** | |
| **Occupation:** | **Employer:** | **Phone:** | |
| **Address :** | | **pt./Suite** | |
| **City** | **State** | **Zip** | |
| **CELL** | | | |

**Photo file**

---

**\*\*Arrest Information Charges\*\***

| | | |
|---|---|---|
| **Arrest Location:** | **Arrest Date:** | **Arrest Time:** |
| **Offense Location:** | **Offense Date:** | **Offense Time:** |
| **Case #:**  688210363 | | |
| **Arrested By:** | **Attempted/Completed:** | |

---

**Release Date**        **Release Time**        **Releasing Officer**        **Agency Released To**

**Signature**   X  _____

# Probable Cause

Reported By :    MILLER, ANDREW W

## Original Report Information

| | | | |
|---|---|---|---|
| **Report Type :** | Case Report | **Tracking Number :** | |
| | | 1079508 | |
| **Reference Number :** | 688210363 | **Report Disposition :** | |
| **Reporting Officer :** | MILLER, ANDREW W | PENDING INVESTIGATION | |

**Narrative Text**

| VA | Department of Veterans Affairs | **REPORT OF CONTACT** |
|---|---|---|

*NOTE: As appropriate, once this form is completed it becomes a permanent record in the veteran's folder. Please do not use a pencil to complete this form.*

| VA OFFICE<br>VA POLICE | IDENTIFICATION NOS. (C,XC,SS,XSS, V,K, etc.)<br>201705180837 |
|---|---|

| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)*<br>SINGLETON, TYWAN | DATE OF CONTACT<br>6/22/21 |
|---|---|

| ADDRESS OF VETERAN | TELEPHONE NO. OF VETERAN *(Include Area Code)*<br>(   )   -   , Ext. |
|---|---|

| PERSON CONTACTED<br>Officer Henly | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL   ☒ TELEPHONE |
|---|---|

| ADDRESS OF PERSON CONTACTED | TELEPHONE NO. OF PERSON CONTACTED<br>(202) 745-8189, Ext. |
|---|---|

| PERSON WHO CONTACTED YOU | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL   ☒ TELEPHONE |
|---|---|

| ADDRESS OF PERSON WHO CONTACTED YOU | TELEPHONE NO. OF PERSON WHO CONTACTED YOU<br>*(Include Area Code)*<br>(   )   -   , Ext. |
|---|---|

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

<u>On</u> 06/22/2021 AT Approximately 1000 hours,  WHILE IN THE POLICE ADMIN AREA TALKING TO DEPUTY CHIEF THOMPSON, I HEARD ACROSS THE RADIO FROM OFFICER BASS STATING" CAPTAIN BRADFORD NEEDS TO COME OUTSIDE. BASS ALSO STATED THAT HE IS AN INFANTRYMAN AND IF CAPTAIN BRADFORD WANT TO DO SOME TRAINING HE WILL SHOW HIM SOME REAL TRAINING JUST COME OUTSIDE." I THEN HEARD OFFICER DEJESUS COME ACROSS THE RADIO YELLING STATING" I NEED EVERY OFFICER OUTSIDE RIGHT NOW." I THEN PROCEEDED OUTSIDE TOWARDS LOT# 4 WHEN I SAW CAPTAIN MILLER STANDING IN FRONT OF OFFICER BASS WITH HIS RIGHT HAND ON HIS WEAPON AND HIS LEFT HAND STRETCHED OUT TOWARDS BASS. I ALSO SAW OFFICER BASS PACING BACK AND FORTH WITH A WEAPON IN HIS RIGHT HAND ALONG THE SEAM OF HIS RIGHT LEG. OFFICER BASS THEN STOP PACING AND PLACE THE WEAPON INTO RIGHT SIDE PANTS POCKET AND PROCEEDED TO CALL OUT CAPTAIN BRADFORD. I THEN HEARD DEPUTY CHIEF THOMPSON YELL OUT TO OFFICER BASS NOT TO DO THIS, AND THEN I HEARD OFFICER BETHEA YELL OUT THE SAME THING NOT TO DO THIS. OFFICER BASS THEN PROCEEDED TO REACH BACK INSIDE HIS RIGHT PANTS POCKET AND PROCEEDED TO HIS PERSONAL VEHICLE WHERE HE OPENED THE DRIVERS SIDE REAR DOOR AND THREW THE WEAPON IN THE BACK SEAT AND CLOSED THE DOOR. AT THIS TIME NOT ONE OFFICER GAVE VERBAL COMMANDS TO DROP THE WEAPON OFFICER BASS WAS JUST ALLOWED TO GO TO HIS VEHICLE AND DROP WEAPON IN HIS BACK SEAT. OFFICER BASS THEN TURNED AROUND NO VERBAL COMMANDS AND PLACED HIS HANDS ON THE HOOD OF A BLACK IN COLOR PICK UP TRUCK ADJACENT TO HIS VEHICLE WHERE OFFICERS STEVEN SMALLWOOD AND ANTONIO BETHEA WERE ABLE TO GAIN CONTROL OF OFFICER BASS AND PLACED HIM INTO HAND CUFFS.

| DIVISION OR SECTION<br>Police Service | EXECUTED BY (Signature and Title)<br>TYWAN SINGLETON |
|---|---|

VA Form **119**  (Automated, in lieu of)
Sept 1997 (R)