# **Exhibit H**

